# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF TEXAS

<u>Tyler</u> DIVISION

*RECEIVED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF TEXAS*
*FEB 16 2011*
*DAVID J. MALAND, CLERK*

**SUMMONS IN A CIVIL CASE**

SFA Systems, LLC

v.   CASE NUMBER: 6:11-cv-000052-LED

Amazon.com, Inc. et al.

TO: (Name and address of defendant)   Bath & Body Works, LLC

c/o CT Corporation, 350 N. Saint Paul Street, Suite 2900, Dallas, TX 75201

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eric W. Buether
Buether Joe & Carpenter, LLC
1700 Pacific Avenue, Suite 2390
Dallas, TX 75201
214-466-1271

an answer to the complaint which is herewith served upon you, within __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court with a reasonable period of time after service.

DAVID J. MALAND, CLERK

BY: _/s/ David J. Maland_
Deputy Clerk

Date: 2/3/11

O AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | February 10, 2011 |
| NAME OF SERVER (PRINT)  Eric W. Buether | TITLE  Member |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served as to Bath & Body Works, LLC, via Certified Mail Return Receipt Requested, Article No. 7005 0390 0005 7676 3099; signed for by R. Pina (see attached green card)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  February 14, 2011
            Date                                      *Signature of Server*

1700 Pacific Avenue, Suite 2390, Dallas, TX 75201
*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Bath & Body Works, LLC
   c/o CT Corporation System
   350 N. Saint Paul Street
   Dallas, TX 75201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  R. Pina    ☐ Agent  ☒ Addressee

B. Received by (Printed Name): R. PINA   C. Date of Delivery: FEB 1 0 2011

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0005 7676 3099

(1) As to who may serve

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540