**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

SFA SYSTEMS, LLC

      PLAINTIFF,

  v.

AMAZON.COM, INC.,
ET AL.,

      DEFENDANTS.

Civil Action No. 6:11-cv-00052-LED

JURY TRIAL DEMANDED

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned, Robert G. Graham, as counsel of record

on behalf of defendant Bath & Body Works, LLC in the above-entitled action.

Respectfully submitted,
**BATH & BODY WORKS, LLC**

By their attorneys,
**WARD & OLIVO, LLP**

Date: February 18, 2011

*/s/ Robert G. Graham*
Robert G. Graham
grahamr@wardolivo.com
Texas Bar No. 24057871
**WARD & OLIVO, LLP**
3102 Maple Avenue, Suite 400
Dallas, Texas 75201
Telephone: (214) 800-2307
Facsimile: (214) 800-2367
Email: grahamr@wardolivo.com

*Attorneys for Defendant*
*Bath & Body Works, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have

consented to electronic service are being served on February 18, 2011 with a copy of this

document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Robert G. Graham*
Robert G. Graham
Texas Bar No. 24057871
