**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **SFA SYSTEMS, LLC** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| | § | |
| **vs.** | § | Civil Action No. 6:11-cv-52 |
| | § | |
| **AMAZON.COM, INC., et al.** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff SFA Systems, LLC and Defendants (1) GSI Commerce, Inc., (2) Bath & Body Works Direct, Inc., (3) BCBGMAXAZRIAGROUP, Inc., (4) Dick's Sporting Goods, Inc., (5) General Nutrition Centers, Inc., (6) Kate Spade, LLC, (7) Kenneth Cole Productions, Inc., (8) PetSmart, Inc., (9) Polo Ralph Lauren Corporation, (10) Ralph Lauren Media, LLC, (11) The Sports Authority, Inc., and (12) Zale Delaware, Inc. (collectively the "Settling Defendants"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move the Court for entry of an order dismissing all claims and counterclaims in this action between Plaintiff and these Settling Defendants WITH PREJUDICE, subject to the terms of that certain agreement entitled **"PATENTS IN SUIT SETTLEMENT AGREEMENT AND AGREEMENT REGARDING DISMISSALS WITH PREJUDICE"** and dated May 6, 2011, with each party to bear its own costs, expenses and attorneys fees.

Dated: May 13, 2011	Respectfully submitted,

By: */s/ Eric W. Buether*
Eric W. Buether
State Bar No. 03316880
Eric.Buether@BJCIPLaw.com
Christopher M. Joe
State Bar No. 00787770
Chris.Joe@BJCIPLaw.com
Brian A. Carpenter
State Bar No. 03840600
Brian.Carpenter@BJCIPLaw.com

1700 Pacific Avenue
Suite 2390
Dallas, Texas 75201
Telephone: (214) 466-1271
Facsimile: (214) 635-1827

Andrew Wesley Spangler
State Bar No. 24041960
Spangler Law PC
104 N. Houston St., Suite 135
Marshall, Texas  75670
Telephone:  (903) 935-3443
Facsimile:   (903) 938-7843
spangler@spanglerlawpc.com

David M. Pridham
RI State Bar No. 6625
Law Office of David Pridham
25 Linden Road
Barrington, Rhode Island 02806
Telephone:  (401) 633-7247
Facsimile:    (401) 633-7247
david@pridhamiplaw.com

**ATTORNEYS FOR PLAINTIFF
SFA SYSTEMS, LLC**

/s/ *Lance Vincent*
───────────────────────
Lance Vincent
Texas State Bar No. 20585580
RITCHESON, LAUFFER, & VINCENT PC
Two American Center
821 ESE Loop 323, Suite 530
Tyler, TX 75701
lancev@rllawfirm.net

Mark P. Wine (*pro hac vice* pending)
Calif. State Bar No. 189897
Benjamin S. Lin (*pro hac vice* pending)
Calif. State Bar No. 232735
André De La Cruz (*pro hac vice* pending)
Calif. State Bar No. 245175
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Tel: (949) 567-6700
Fax: (949) 567-6710
mwine@orrick.com
blin@orrick.com
adelacruz@orrick.com

**ATTORNEYS FOR DEFENDANTS GSI COMMERCE, INC., BATH & BODY WORKS DIRECT, INC., BCBGMAXAZRIAGROUP, INC., DICK'S SPORTING GOODS, INC., GENERAL NUTRITION CENTERS, INC., KATE SPADE, LLC, KENNETH COLE PRODUCTIONS, INC., PETSMART, INC., POLO RALPH LAUREN CORPORATION, RALPH LAUREN MEDIA, LLC, THE SPORTS AUTHORITY, INC., AND ZALE DELAWARE, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 13, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/Lance Vincent