# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| SFA SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:11-cv-000052 |
| | ) | |
| v. | ) | Judge:  Leonard Davis |
| | ) | |
| AMAZON.COM, INC. et al., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |
| | ) | |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff, SFA Systems, LLC, and Defendant Hasbro, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims asserted between Plaintiff, SFA Systems, LLC, and Defendant Hasbro, Inc., in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated:  June 9, 2011

Respectfully submitted,

**BUETHER JOE & CARPENTER, LLC**

By:      */s/ Eric W. Buether*
Eric W. Buether
State Bar No. 03316880
Eric.Buether@BJCIPLaw.com
Christopher M. Joe
State Bar No. 00787770
Chris.Joe@BJCIPLaw.com
Brian A. Carpenter
State Bar No. 03840600
Brian.Carpenter@BJCIPLaw.com
1700 Pacific Avenue
Suite 2390
Dallas, Texas 75201
Telephone: (214) 466-1271
Facsimile: (214) 635-1827

Andrew Wesley Spangler
State Bar No. 24041960
**Spangler Law PC**
104 N. Houston St., Suite 135
Marshall, Texas  75670
Telephone:  (903) 935-3443
Facsimile:  (903) 938-7843
spangler@spanglerlawpc.com

David M. Pridham
RI State Bar No. 6625
**Law Office of David Pridham**
25 Linden Road
Barrington, Rhode Island 02806
Telephone:  (401) 633-7247
Facsimile:   (401) 633-7247
david@pridhamiplaw.com

**ATTORNEYS FOR PLAINTIFF
SFA SYSTEMS, LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 9, 2011, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by email.

*/s/ Eric W. Buether*
Eric W. Buether