IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SFA SYSTEMS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:11-cv-00052-LED |
| | § | |
| AMAZON.COM, INC; et al | § | Jury Demanded |
| | § | |
| Defendants. | § | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff SFA Systems, LLC ("SFA") and Defendants The Talbots, Inc. and J. Jill Group, Inc. (collectively "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims asserted between SFA and Defendants, in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: July 13, 2011

Respectfully submitted,

By: /s/ *Andrew W. Spangler*
Andrew W. Spangler, TX SB #24041960
Email: spangler@spanglerlawpc.com
Todd Y. Brandt, TX SB # 24027051
Email: brandt@spanglerlawpc.com
SPANGLER LAW PC
208 N. Green Street, Suite 300
Longview, Texas 75601
Telephone: 903/753-9300
Facsimile: 903/553-0403

Eric W. Buether
State Bar No. 03316880
Eric.Buether@BJCIPLaw.com
Christopher M. Joe
State Bar No. 00787770
Chris.Joe@BJCIPLaw.com
Brian A. Carpenter
State Bar No. 03840600
Brian.Carpenter@BJCIPLaw.com
1700 Pacific Avenue

Suite 2390
Dallas, Texas 75201
Telephone: (214) 466-1271
Facsimile: (214) 635-1827

David M. Pridham
RI State Bar No. 6625
Law Office of David Pridham
25 Linden Road
Barrington, Rhode Island 02806
401-633-7247
Fax 401-633-7247
david@pridhamiplaw.com

**Attorneys for Plaintiff**
**SFA SYSTEMS, LLC**

Dated: July 13, 2011

By: /s/ *Peter J. Brann*
Peter J. Brann
pbrann@brannlaw.com
David Swetnam–Burland
dsb@brannlaw.com
Stacy O. Stitham
sstitham@brannlaw.com
BRANN & ISAACSON
184 Main Street; P.O. Box 3070
Lewiston, ME 04243–3070
(207) 786–3566

Jennifer Parker Ainsworth
State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
(903) 509–5000

**Attorneys for Defendants**
**THE TALBOTS, INC.**

2

## **CERTIFICATE OF SERVICE**

I certify that counsel of record who are deemed to have consented to electronic service are being served on July 13, 2011, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel with be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

/s/ *Andrew W. Spangler*
Andrew W. Spangler