**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| SFA SYSTEMS, LLC,<br><br>　　Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., et al.,<br><br>　　Defendants. | § § § § § § § § § § § § | **CASE NO. 6:11-CV-52** |
| SFA SYSTEMS, LLC,<br><br>　　Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., et al.,<br><br>　　Defendants. | § § § § § § § § § § § § | **CASE NO. 6:11-CV-398** |

**ORDER**

Before the Court is the parties' Joint Motion to Consolidate (Docket No. 254 in 6:11cv52; Docket No. 81 in 6:11cv398). The Court **GRANTS** the Joint Motion to Consolidate and hereby **CONSOLIDATES** the above cases. Cause No. 6:11cv52 is the lead case. All parties are instructed to file any future motions in the lead case. The parties have submitted an amended Docket Control Order for both cases that has been contemporaneously entered by the court.

**So ORDERED and SIGNED this 7th day of December, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**