IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SFA SYSTEMS, LLC,<br><br>    Plaintiff,<br> v.<br><br>AMAZON.COM, INC., et al.<br><br>    Defendants. | Civil Action No. 6:11-cv-00052-LED<br><br>JURY TRIAL DEMANDED |
| SFA SYSTEMS, LLC,<br><br>    Plaintiff,<br> v.<br><br>AMAZON.COM, INC., et al.<br><br>    Defendants. | Civil Action No. 6:11-cv-00398-LED<br><br>JURY TRIAL DEMANDED |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon consideration of the Joint Stipulation of Dismissal Without Prejudice of all claims and counterclaims asserted between plaintiff, SFA Systems, LLC, and defendant, Symantec Corp., in this case, it is hereby ORDERED, ADJUDGED AND DECREED that:

(1) all claims of SFA are hereby dismissed without prejudice;

(2) all counterclaims of Symantec are hereby dismissed without prejudice;

(3) all costs, expenses, and attorneys' fees associated with the prosecution and defense of this matter are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 13th day of February, 2012.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**