**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **SFA SYSTEMS, LLC,**<br><br>    **Plaintiff,**<br>    v.<br><br>**AMAZON.COM, INC., et al.**<br><br>    **Defendants.** | Civil Action No. 6:11-cv-00052-LED<br>  [LEAD CASE]<br><br>*Consolidated with*<br><br>Civil Action No. 6:11-cv-00398-LED<br><br><br>**JURY TRIAL DEMANDED** |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

    The plaintiff, SFA Systems, LLC and defendants Rite Aid Corporation and Rite Aid Online Store, Inc. (collectively, "Rite Aid"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**PATENTS IN SUIT SETTLEMENT AGREEMENT**" and dated March 23, 2012, with each party to bear its own costs, expenses and attorneys' fees.

Dated: April 18, 2012                                                            Respectfully submitted,

                                                                                        By: /s/ *Branden D. Frankel*
                                                                                        Marc A. Fenster, CA SB # 181067
                                                                                        E-mail: mfenster@raklaw.com
                                                                                        Jules L Kabat, CA SB #061659
                                                                                        E-mail: jkabat@raklaw.com
                                                                                        Alexander C. Giza, CA SB #212327
                                                                                        E-mail: agiza@raklaw.com
                                                                                        Adam Hoffman, CA SB #218740
                                                                                        E-mail: ahoffman@raklaw.com
                                                                                        Stanley H. Thompson, Jr., CA SB # 198825
                                                                                        E-mail: sthompson@raklaw.com

Benjamin T. Wang, CA SB #228712
E-mail: bwang@raklaw.com
Branden D. Frankel CA SB #276557
E-mail: bfrankel@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: 310/826-7474
Facsimile: 310/826-6991

Andrew W. Spangler
State Bar No. 24041960
SPANGLER LAW P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
Telephone: 903-753-9300
Facsimile: 903- 553-0403
spangler@spanglerlawpc.com

**Attorneys for Plaintiff
SFA SYSTEMS, LLC**

**CERTIFICATE OF SERVICE**

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on April 18, 2012 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: April 18, 2012             /s/ *Branden Frankel*
                                               Branden Frankel