# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| SFA SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., et al. <br><br> Defendants. | Civil Action No. 6:11-cv-00052-LED <br> [LEAD CASE] <br><br> *Consolidated with* <br> Civil Action No. 6:11-cv-00398-LED <br><br> Jury Trial Demanded |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND P.R. 3-3 INVALIDITY CONTENTIONS

Before the Court is the Unopposed Motion for Leave to Amend P.R. 3-3 Invalidity Contentions. The Court is of the opinion that said motion should be granted.

It is therefore ORDERED that the Unopposed Motion for Leave to Amend its P.R. 3-3 Invalidity Contentions is GRANTED.

**So ORDERED and SIGNED this 1st day of October, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**