**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SFA SYSTEMS, LLC, § § § | |
| *Plaintiff*, § | CIVIL ACTION NO. 6:11-cv-052-LED |
| § | [LEAD CASE] |
| v. § | |
| § | *Consolidated with* |
| AMAZON.COM, INC., ET AL., § | Civil Action No. 6:11-cv-398-LED |
| § | |
| *Defendants*. § | JURY TRIAL DEMANDED |
| § | |

## ORDER

Before the Court is Defendants' Request for Permission to File a Motion for Summary Judgment for Invalidity Due to Indefiniteness (Dkt. No. 334). As Plaintiff SFA does not oppose Defendants' request for leave to file a Motion for Summary Judgment, the Court **GRANTS** Defendants' request for leave.

**So ORDERED and SIGNED this 2nd day of October, 2012.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**