IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SFA SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>    -vs.-<br><br>AMAZON.COM, INC., et al.<br><br>    Defendants. | CIVIL ACTION No. 6:11-cv-00052-LED<br>[LEAD CASE]<br><br>*Consolidated with*<br><br>Civil Action No. 6:11-cv-00658 (LED)<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING UNOPPOSED MOTION
FOR LEAVE TO AMEND P.R. 3-3 INVALIDITY CONTENTIONS**

Before the Court is Defendants' Unopposed Motion for Leave to Amend P.R. 3-3 Invalidity Contentions. The Court is of the opinion that said motion should be granted.

It is therefore ORDERED that Defendants' Unopposed Motion for Leave to Amend P.R. 3-3 Invalidity Contentions is GRANTED.

**So ORDERED and SIGNED this 5th day of November, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**