**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| SFA SYSTEMS, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., et al.,<br><br>               Defendants. | CIVIL ACTION NO. 6:11-cv-00052-LED<br>[LEAD CASE]<br><br>*Consolidated with*<br>Civil Action No. 6:11-cv-00398-LED<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING AMAZON.COM, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SFA SYSTEMS, LLC'S MOTION TO AMEND AND SUPPLEMENT INFRINGEMENT CONTENTIONS AND MOTION TO COMPEL DISCOVERY

On this day came to be considered Defendant Amazon.com, Inc.'s Unopposed Motion for Extension of Time to Respond to SFA Systems, LLC's Motion to Amend and Supplement Infringement Contentions and Motion to Compel Discovery. After considering the Motion, the Court finds that Amazon.com, Inc. showed that good cause exists for the granting of this motion.

It is ORDERED that Amazon.com, Inc. shall be GRANTED an eight day extension to respond to SFA Systems, LLC's Motions to Amend and Supplement Infringement Contentions and to Compel Discovery, now due on January 8, 2013.

**So ORDERED and SIGNED this 21st day of December, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**