# UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SFA SYSTEMS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., et al.,<br><br>        Defendants. | CIVIL ACTION NO. 6:11-cv-00052-LED [LEAD CASE]<br><br>*Consolidated with*<br><br>Civil Action No. 6:11-cv-00398-LED<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR DISMISSAL OF DEFENDANT ZAPPOS.COM, INC.

The plaintiff, SFA Systems, LLC ("SFA") and defendant Zappos.com, Inc. ("Zappos") have reached an amicable resolution of their disputes.

Pursuant to Fed. R. Civ. P. 41(a)(2) and (c), SFA hereby moves for an order dismissing all claims and counterclaims in this action between SFA and Zappos with prejudice. Zappos retains the right to challenge validity, infringement, and/or enforceability of the patents-in-suit, via defense or otherwise, in any future suit or proceeding.

Each party will bear its own costs, expenses and attorneys' fees.

Dated:  July 2, 2013 				Respectfully submitted,

SPANGLER LAW P.C.
*/s/ Andrew W. Spangler*
Andrew W. Spangler
State Bar No. 24041960
spangler@spanglerlawpc.com
208 N. Green Street, Suite 300
Longview, Texas 75601


RUSS, AUGUST & KABAT
Marc A. Fenster, CA SB # 181067
E-mail: mfenster@raklaw.com
Alexander C. Giza, CA SB #212327
E-mail: agiza@raklaw.com
Adam Hoffman, CA SB #218740
E-mail: ahoffman@raklaw.com
Stanley H. Thompson, Jr., CA SB # 198825
E-mail: sthompson@raklaw.com
Benjamin T. Wang, CA SB #228712
E-mail: bwang@raklaw.com
Branden Frankel
State Bar No. 276557
bfrankel@raklaw.com
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025


Counsel for Plaintiff
SFA SYSTEMS, LLC

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel of record for the parties have met and conferred and Zappos' Counsel is unopposed to the requested relief.

/s/*Andrew W. Spangler*
Andrew W. Spangler

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 2nd day of July, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/*Andrew W. Spangler*
Andrew W. Spangler