**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| SFA SYSTEMS, LLC, | § |
| | § |
| *Plaintiff*, | § CIVIL ACTION NO. 6:11-cv-052-LED |
| | § [LEAD CASE] |
| v. | § |
| | § *Consolidated with* |
| AMAZON.COM, INC., ET AL., | § Civil Action No. 6:11-cv-398-LED |
| | § |
| *Defendants*. | § JURY TRIAL DEMANDED |
| | § |

**ORDER**

Before the Court are Plaintiff's request for leave to file a motion for summary judgment on Amazon.com, Inc.'s unsupported affirmative defenses and counterclaims (Dkt. No. 420) and Defendant Amazon.com, Inc.'s request for permission to file a motion for summary judgment of invalidity of the asserted patents and that Plaintiff's damages are limited to the date of the filing of the suit (Dkt. No. 421). After careful consideration of the Parties' submissions, the Court hereby **GRANTS** the Parties' requests for leave to file a motion for summary judgment.

**So ORDERED and SIGNED this 31st day of July, 2013.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**