IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SFA SYSTEMS, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> AMAZON.COM, INC., et al., § <br> § <br> Defendants. § <br> § | Case No. 6:11-cv-052 <br> [Lead Case] <br><br> *Consolidated with* <br> Case No. 6:11-cv-398 <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Amazon's letter brief requesting leave to file a motion for summary judgment of invalidity based on 35 U.S.C. § 101 (Docket No. 498). Pursuant to the agreed Amended Docket Control Orders of November 2, 2011, December 7, 2011, November 27, 2012, April 29, 2013, and July 29, 2013 (Docket Nos. 243, 257, 368, 410, and 438), the filing deadline for dispositive motions was July 19, 2013. The Court also stated in its Order of September 3, 2013 that no additional late requests for leave to file dispositive motions would be considered (Docket No. 476). Therefore, Amazon's request for leave to file a motion for summary judgment is **DENIED**.

So ORDERED and SIGNED this 10th day of September, 2013.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**