IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SFA SYSTEMS, LLC,<br><br>            Plaintiff,<br>v.<br><br>AMAZON.COM, INC., et al.<br><br>            Defendants. | Civil Action No. 6:11-cv-00052-LED<br>[LEAD CASE]<br><br>*Consolidated with*<br><br>Civil Action No. 6:11-cv-00398-LED |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of plaintiff SFA Systems, LLC ("SFA") and defendant Amazon.com, Inc.'s ("Amazon") Joint Motion for Dismissal With Prejudice, and the Court being of the opinion that said motion should be GRANTED, it is hereby:

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by SFA against Amazon, are hereby dismissed with prejudice, and accordingly all related counterclaims and affirmative defenses are also dismissed with prejudice, subject to the terms of that certain agreement entitled "**CONFIDENTIAL SETTLEMENT AND LICENSE AGREEMENT**" dated November 26, 2013.  Amazon retains the right to challenge validity, infringement, and/or enforceability of the patents-in-suit, via defense or otherwise, in any future suit or proceeding.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 26th day of December, 2013.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE